**Order entered April 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01423-CV

### INTERNATIONAL FIDELITY INS. CO., Appellant

### V.

### THE DALLAS COUNTY BAIL BOND BOARD, ACCREDITED CASUALTY & SURETY COMPANY, INC., MARK TOLIVER, II, AGENT D/B/A THE ORIGINAL DAVID'S BAIL BONDS, AND MARK TOLIVER, II, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16793**

## ORDER

Before the Court is appellees Mark Toliver II, Agent d/b/a The Original David's Bail Bonds, and Mark Toliver II's unopposed motion for leave to file sur-reply brief. We **GRANT** the motion and **ORDER** the sur-reply brief received by the Court April 25, 2019 filed as of the date of this order.

We caution that further briefing shall be filed only if requested by the Court.

/s/     KEN MOLBERG
        JUSTICE